■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALONZO THOMAS, Appellant. [595 NYS2d 693] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (O'Dwyer, J.), rendered September 23, 1991, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is reversed, on the facts, the indictment is dismissed, and the matter is remitted to the Supreme Court, Queens County, for the purpose of entering an order in its discretion pursuant to CPL 160.50 *(see, People v Padgett,* 191 AD2d 592 [decided herewith]). Mangano, P. J., Bracken, Lawrence and O'Brien, JJ., concur.